IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYDON MILLWRIGHT SERVICES, INC.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **ERNEST BOCK & SONS, INC.,** | : | |
| Defendant. | : | **NO. 11-7009** |

## ORDER

AND NOW, this 7th day of May, 2013, having reviewed the briefing submitted by the parties, and having considered the positions presented by the parties at oral argument, it is hereby ORDERED that Defendant Ernest Bock & Sons, Incorporated's Motion for Summary Judgment (Docket No. 29) is DENIED.

It is further ORDERED that all the parties in this matter, including the third-party defendants, shall appear at a status conference on Wednesday, May 29, 2013 at 10:00 a.m. in Chambers, Room 10613, in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, to discuss whether and how this case should proceed, given the ongoing nature of the related state-court litigation.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge