IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYDON MILLWRIGHT SERVICES, INC.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **ERNEST BOCK & SONS, INC.,** | : | |
| Defendant. | : | **NO. 11-7009** |

**ORDER**

AND NOW, this 15th day of July, 2013, upon consideration of the parties' position regarding the applicability of the *Colorado River* doctrine to the underlying action before the Court, it is hereby ORDERED that Plaintiff Lydon Millwright Services, Inc.'s claims against Defendant Ernest Bock & Sons, Inc. shall proceed to trial. It is further ORDERED that, by no later than July 18, 2013, Lydon and Bock shall file on the docket a joint statement setting forth the discovery that needs to be completed in the underlying action, as well as a proposed timeframe for finishing such discovery.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1